UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CROSSET COMPANY, LLC,** | : | CASE NO. 3:12-cv-341 |
| Plaintiff, | : | Judge Rose |
| vs. | : | ORDER MODIFYING TEMPORARY |
| **GERMANTOWN IGA, INC.,** *et al.* | : | RESTRAINING ORDER |
| Defendants. | : | |

Plaintiff Crossett Company, LLC and Defendants Germantown IGA, Inc., Kenneth Finke and Alice Finke, by and through their respective counsel, having represented to the Court that they have come to mutually acceptable terms for the settlement and disposition of this matter, and having requested the Court to modify the terms of the Temporary Restraining Order ("the Order") entered in this action by the Court on October 12, 2012, the Court **ORDERS** as follows:

1. The Order is hereby dissolved as to Defendants Kenneth Fink and Alice Finke only, and remains in effect as to Defendant Germantown IGA, Inc.

2. **Numbered Paragraphs 2, 3 and 4**: The deadlines imposed therein for the affirmative steps required of Defendant Germantown IGA, Inc. are extended pending tender of proposed final entries disposing of this action.

3. **Numbered Paragraphs 5 and 7**: The Order will be extended for a like period of ten (10) days as against Defendant Germantown IGA, Inc. pursuant to Federal Rule of Civil Procedure 65(b)(2), and the Hearing scheduled for October 23, 2012 at 1:30 pm is hereby vacated and rescheduled for October 31, 2012 at 9:30 a.m.

October 17, 2012	s/Thomas M. Rose
	United States District Judge

2

Submitted by:

/s/ Ryan M. Gembala
Ryan M. Gembala (#0079431)
MARTYN AND ASSOCIATES
820 Superior Avenue N.W.
10th Floor
Cleveland, Ohio 44113
(216) 861-4700
Fax: (216) 861-4703
rgembala@martynlawfirm.com

Trial Attorney for Plaintiff
Crosset Company, LLC

/s/ Kevin R. Feazell
Kevin R. Feazell (#0059634)
CORS & BASSETT, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202
(513) 852-2582
Fax (513) 852-8222
krf@corsbassett.com

Trial Attorney for Defendants
Germantown IGA, Inc., Alice
Finke and Kenneth Finke